UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIOUS SHIPPING & TRADING PTE LTD.,

08 CV 3304 (RWS)

Plaintiff,

-against-

CM MINERALS GMBH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 13 08

## ORDER DIRECTING UBS AG TO PAY
## ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

UBS AG ("UBS"), a garnishee of assets of defendant CM Minerals

GMBH, pursuant to a maritime writ of attachment issued in the above-captioned

maritime action, having applied for an order directing UBS to pay the funds attached in

the amount of $934,767.53 (the "Attached Funds") into the registry of the Court, and

good cause having been shown for such an order,

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of

Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and

UBS shall have discharged its obligations as garnishee in this action upon making such

payment of the Attached Funds into the registry of the Court.

DONE this /2 day of June, 2008

Hon. Robert W. Sweet
United States District Judge