UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Glorious Shipping,

    -v.-

CM Minerals GMBH

08 Civ. 3304 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

Please be advised that the conference scheduled for 5/13/09 has been rescheduled to 5/27/09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5/11/09

ROBERT W. SWEET
United States District Judge